**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRIAN TERMAINE JAMES**                                                                  **PLAINTIFF**

V.                            **CASE NO. 3:14-CV-00081 JLH/BD**

**LAWRENCE, et al.**                                                                              **DEFENDANTS**

## ORDER

Brian Termaine James, an inmate at the Craighead County Detention Facility ("Detention Facility"), filed this lawsuit alleging that Defendants violated his First Amendment rights by denying him access to the courts. For screening purposes, Mr. James has stated a First Amendment claim against Defendants Lawrence and Belcher. Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Lawrence and Belcher. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Craighead County Sheriff's Department, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED this 26th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE