**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRIAN TERMAINE JAMES                                                                          PLAINTIFF

v.                                             NO. 3:14CV00081 JLH/BD

LAWRENCE, *et al*.                                                                              DEFENDANTS

## ORDER

Brian Termaine James filed this lawsuit pro se while he was held at the Craighead County Detention Facility.  Document #2.  James has now been released from jail and was directed to file an updated application for leave to proceed *in forma pauperis* within 21 days.  Documents #3, #8.  James was specifically warned that if he failed to comply with the Court's Order, his claims could be dismissed under Local Rule 5.5(c)(2).  Document #8.

James has failed to comply with the April 8, 2014 Court Order, and the time for doing so has passed.  Accordingly, James's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE