**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRIAN TERMAINE JAMES                                                                                          PLAINTIFF

v.                                             NO. 3:14CV00081 JLH/BD

LAWRENCE, *et al*.                                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE